# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Garrison, | No. CV-14-02513-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Bridgepoint Education, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice, filed on September 10, 2015. (Doc. 27.) The parties request dismissal of the above-captioned action against Defendant Bridgepoint Education, with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

The Court having considered the Stipulation and good cause appearing,

IT IS ORDERED the parties' Stipulation (doc. 27) is GRANTED. The above-captioned case is dismissed with prejudice, each party to bear its own costs and fees. The Clerk of the Court is directed to close the case.

Dated this 25th day of September, 2015.

Jennifer G. Zipps
United States District Judge